**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN C. ROSERO, | : | NO. 1:23-CV-01898 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| TROOPER JACOB | : | |
| PENHORWOOD, *et al.*, | : | |
| Defendants. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)   The Defendants' motion for summary judgment (doc. 31) is **GRANTED**, the plaintiff's federal law claims are **DISMISSED WITH PREJUDICE**, and the plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**;

(2)   Judgment shall be entered in favor of the Defendants; and

(3)   The Clerk of Court is directed to **CLOSE** this case.

Date: July 27, 2026                     s/ *Sean A. Camoni*
                                                       Sean A. Camoni
                                                       United States Magistrate Judge

Page 1 of 1